# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sherwood, John K. | United States Bankruptcy Court, New Jersey | 01/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active Status | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Lowenstein Sandler (former law firm) Retirement Shares Plan -- no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Madison Public Library -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The M&A Advisor | 03/22/17 - 03/24/17 | Palm Beach, Florida | Speaking engagement | Transportation |
| 2. | Court | 04/19/17 - 04/21/17 | Lancaster, Pennsylvania | Third Circuit Judicial Conference | Transportation, lodging, food |
| 3. | Turnaround Managemeent Association | 06/07/17 - 06/08/17 | Atlantic City, New Jersey | Educational program | Transportation, lodging |
| 4. | Turnaround Management Association | 08/30/17 - 08/31/17 | Saratoga Springs, New York | Educational program | Lodging, food, and conference expenses |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - CDs and interest bearing accounts | A | Interest | O | T | | | | | |
| 2. TD Bank | A | Interest | M | T | | | | | |
| 3. The Investment Company of America - A | B | Dividend | L | T | | | | | |
| 4. Deutsche High Income Fund - A | C | Dividend | L | T | | | | | |
| 5. Alpine Municipal Income Fund CL A | A | Dividend | J | T | | | | | |
| 6. Invesco Charter Fund Class A | A | Dividend | J | T | | | | | |
| 7. Bond fund of America A | A | Dividend | J | T | | | | | |
| 8. Prudential Jenn SELCT GTH A | A | Distribution | J | T | | | | | |
| 9. Mass Mutual Financial Group whole life insurance policy | A | Dividend | K | T | | | | | |
| 10. Estate (H) | | | | | | | | | |
| 11. Estate - Bank of America account | | None | L | T | | | | | |
| 12. CBF Stable Value Portfolio - A | B | Dividend | L | T | | | | | |
| 13. Lowenstein Sandler 1992 401k Plan - Vanguard | | | | | | | | | |
| 14. - Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 15. - Vanguard Wellington Fund | D | Dividend | L | T | | | | | |
| 16. - Vanguard 500 Index Fund | D | Dividend | L | T | | | | | |
| 17. - Columbia Acorn Fund | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - American Funds Growth Fund of America | E | Dividend | L | T | | | | | |
| 19. - American Century Equity Income Fund | D | Dividend | M | T | | | | | |
| 20. - American Funds Euro Pacific Fund | E | Dividend | L | T | | | | | |
| 21. Lowenstein Sandler Profit Sharing Plan | | | | | | | | | |
| 22. - Vanguard Institutional Target Retirement 2025 Fund | F | Dividend | N | T | | | | | |
| 23. AT&T Inc. | A | Dividend | | | Sold | 12/26/17 | J | A | |
| 24. Comcast Corp. New CL A | A | Dividend | | | Sold | 12/26/17 | J | A | |
| 25. Ishares Russell 1000 Value | A | Dividend | | | Sold | 12/26/17 | J | A | |
| 26. Ishares MSCI EAFE | A | Dividend | | | Sold | 12/26/17 | J | A | |
| 27. Pfizer Inc. | A | Dividend | | | Sold | 12/21/17 | J | A | |
| 28. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 29. Hotchkis and Wiley Large Cap Value Fund A | A | Dividend | J | T | Sold (part) | 12/22/17 | K | D | |
| 30. First Eagle Global Class C | B | Distribution | J | T | Sold (part) | 12/22/17 | K | D | |
| 31. Clearbridge Aggressive Growth Fund A | A | Distribution | J | T | Sold (part) | 12/22/17 | K | E | |
| 32. Pimco Commodity Real (PCRCX) | A | Dividend | J | T | Sold (part) | 12/22/17 | J | A | |
| 33. Allianzgi NFJ Mid Cap Value Fund (PQNAX) | A | Dividend | | | Sold | 12/22/17 | K | D | |
| 34. Ishares China Large Cap (FXI) | A | Dividend | | | Sold | 12/22/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares RS 2000 Growth (IWO) | A | Dividend | | | Sold | 12/22/17 | J | D | |
| 36. Victory Integrity Small (MCVSX) | A | Dividend | | | Sold | 12/21/17 | J | C | |
| 37. Virtus Duff & Phelps Real Estate (PHRCX) | B | Dividend | | | Sold | 12/22/17 | J | A | |
| 38. Blackrock Eq. Dividend I | | None | J | T | Buy | 12/21/17 | J | | |
| 39. Clearbr Lrg Cap Growth I | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 40. Edgewood Growth Fd Inst. | | None | J | T | Buy | 12/21/17 | J | | |
| 41. Glenmede Sm. Cap. Eq. Inst. | | None | J | T | Buy | 12/21/17 | J | | |
| 42. Ishares Russell 1000 Growth | A | Dividend | K | T | Buy | 12/22/17 | K | | |
| 43. Ishares TR Core MSCI EAF | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 44. Ishares US Treasury Bond | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 45. Oakmark Intl. Fd. Cl. Int. | | None | J | T | Buy | 12/21/17 | J | | |
| 46. Oppen. Intl. Growth Fd. Y | | None | K | T | Buy | 12/20/17 | K | | |
| 47. Spdr Blmbrg Brcly | | None | J | T | Buy | 12/22/17 | J | | |
| 48. TCW Total Return Bond I | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 49. TRP Em Mkt Stock Inv | | None | J | T | Buy | 12/21/17 | J | | |
| 50. Vanguard Intermediate - Term | A | Dividend | K | T | Buy | 12/20/17 | K | | |
| 51. Delaware Emerging Markets Fund | A | Dividend | J | T | Buy | 12/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares Russell 1000 Value | A | Dividend | K | T | Buy | 12/22/17 | K | | |
| 53. MFS Value FD CL I | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 54. Vanguard Mortgage-Backed | A | Dividend | J | T | Buy | 12/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to the letter of inquiry dated December 6, 2017, the Brielle, New Jersey real estate listed in my 2016 amended report was sold on March 20, 2016 for $295,000 in a private transaction. There was no gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John K. Sherwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544